REITLER KAILAS & ROSENBLATT LLP
Yann Geron
Nicole N. Santucci (Of Counsel)
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050

*Attorneys for Yann Geron, Chapter 7 Trustee*

Effective Abandonment Date:
**February 28, 2020**
At: 12:00 noon (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| SMOOTH MEDICAL, P.C., | : | Case No. 20-10083-shl |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

### NOTICE OF TRUSTEE'S ABANDONMENT OF TRUSTEE'S RIGHTS TO THE DEBTOR'S PERSONAL PROPERTY AND EQUIPMENT

TO DEBTOR'S COUNSEL, ALL KNOWN CREDITORS AND PARTIES-IN-INTEREST, ALL PARTIES HAVING FILED NOTICES OF APPEARANCE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

**PLEASE TAKE NOTICE** that, pursuant 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Yann Geron (the "Trustee"), as chapter 7 trustee of the estate of Smooth Medical, P.C. (the "Debtor"), the above-captioned debtor, shall abandon all of his right, title and interest in all of the Debtor's personal property, including all property and equipment located at 133 East 58th Street, Suite 714, New York, New York 10022, as further identified on the list annexed as Exhibit A (collectively, the "Property"). The Trustee, in consultation with his prospective auctioneer, has determined that the Property is encumbered by at least two liens which exceed the value of the Property, and thus, that the Property is of negligible value, if any, to the Debtor's bankruptcy estate and its unsecured creditors. Therefore, the Trustee has determined that the liquidation of the Property would be overly burdensome to this estate, and that abandonment of the Property is warranted at this time. The Trustee is not abandoning any estate avoidance claims.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 554(a), objections, if any, to the proposed abandonment of the Property, shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a compact disc, in text searchable Portable Document Format (with a hard copy delivered directly to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon Reitler Kailas & Rosenblatt LLP, 885 Third

Avenue, 20th Floor, New York, New York 10022, Attn: Yann Geron, Esq., so as to be actually received by no later **12:00 noon (ET) on February 28, 2020** (the "Abandonment Date"). Unless timely objections are filed, the abandonment of the Property will be effective upon the Abandonment Date without the need for any hearing or further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, if objections are received, a hearing on the intended abandonment of the Property will be scheduled before the Honorable Sean H. Lane, at a date to be set by the Court, and upon such additional notice as the Court may direct.

Dated: New York, New York
February 13, 2020

REITLER KAILAS & ROSENBLATT LLC
Attorneys for Yann Geron, Chapter 7 Trustee

By: _____
Yann Geron
Nicole N. Santucci (Of Counsel)
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050