| Item | Units | Approx. Value | | Total |
|---|---|---|---|---|
| under desk misc draws | 1 | 20 | | 20 |
| forms file | 1 | 20 | | 20 |
| two 2 drawer file cabinets | 1 | 30 | | 30 |
| standalone 6 drawer file | 1 | 10 | | 10 |
| touchscreen all in one upright computer | 1 | 150 | | 150 |
| two reception area chairs | 1 | 50 | | 50 |
| all 5 in one printer fax scan | 1 | 75 | | 75 |
| two lamps | 1 | 50 | | 50 |
| round wall mirror | 1 | 40 | | 40 |
| square wall mirror | 1 | 40 | | 40 |
| rectangular wall mirror | 1 | 40 | | 40 |
| glass round table | 1 | 20 | | 20 |
| two white chairs | 1 | 100 | | 100 |
| two clear chairs | 1 | 50 | | 50 |
| mirror wall display | 1 | 20 | | 20 |
| wall painting | 1 | 20 | | 20 |
| supply storarge 5 drawer unit | 1 | 50 | | 50 |
| towel warmer | 1 | 40 | | 40 |
| procedure 7 trays | 7 | 50 | each | 350 |
| cool sculpting | 1 | 7500 | | 7500 |
| procedure 5 chairs | 5 | 100 | each | 500 |
| three piece wall art | 1 | 20 | | 20 |
| square art deco mirror | 1 | 40 | | 40 |
| unlthera | 1 | 7000 | | 7000 |
| vein wave | 1 | 1000 | | 1000 |
| zimmer cooler | 1 | 300 | | 300 |
| cynosure affirm laser | 1 | 1500 | | 1500 |
| metal bench | 1 | 75 | | 75 |
| lucite bdar stool | 1 | 50 | | 50 |
| microwave small oven | 1 | 20 | | 20 |
| five rolling chairs | 5 | 50 | each | 250 |
| tool box with tools | 1 | 150 | | 150 |
| crash cart | 1 | 300 | | 300 |
| lighted magnifying procedure lens | 1 | 50 | | 50 |
| hyfricator | 1 | 400 | | 400 |
| all in one printer scan fax | 1 | 75 | | 75 |
| two two drawer file cabinets | 1 | 40 | | 40 |
| stainless locking fridge | 1 | 100 | | 100 |
| white locking fridge | 1 | 76 | | 76 |
| product storage cabinet | 1 | 50 | | 50 |
| instruments stacking drawers | 1 | 100 | | 100 |
| | | 19871 | | 20771 |