REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
Yann Geron
Nicole N. Santucci

*Attorneys for Yann Geron,*
 *Not Individually but Solely in His Capacity*
 *as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SMOOTH MEDICAL, P.C., | : | Case No. 20-10083 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |

-----------------------------------------------------------------X

## NOTICE OF NAME CHANGE OF ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE

PLEASE TAKE NOTICE, that pursuant to an order of the Bankruptcy Court entered in the above-captioned case, Yann Geron, not individually, but solely in his capacity as the Chapter 7 Trustee of the above-captioned Debtor, was authorized to retain Andrew W. Plotzker, CPA, LLC ("AWPCPA") as his accountants in this case.

PLEASE TAKE FURTHER NOTICE, that AWPCPA has changed its name to Plotzker & Agarwal CPAs, LLC.

Dated: New York, New York
 February 26, 2020

                                                  YANN GERON
                                                Not Individually but Solely in His Capacity
                                                as the Chapter 7 Trustee

By His Attorneys,
REITLER KAILAS & ROSENBLATT LLC
By:
/s/Nicole N. Santucci
NICOLE N. SANTUCCI
A Member of the Firm
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050